UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER PIPER and OSCAR AQUINO,

    Plaintiffs,

v.                                                   Case No: 8:18-cv-3038-TPB-JSS

METRO SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER

Plaintiffs move to pierce the corporate veil of Defendant Metro Solutions, LLC and to hold Defendant's sole member, Christopher Brown, liable for the judgment awarded to Plaintiffs in this matter. (Motion, Dkt. 134.) The court held a hearing on the Motion on December 1, 2022, at which only Plaintiffs' counsel appeared. (Dkt. 141.) During the hearing, Plaintiffs' counsel advised that he had not yet obtained confirmation of service pursuant to the court's order directing Plaintiffs to serve a copy of the hearing notice and Plaintiffs' Motion on Defendant. (Dkt. 140.) Given the lack of proof of service, the hearing on the Motion could not proceed and was continued until confirmation of service is filed.

Nevertheless, Plaintiffs' Motion is due to be denied without prejudice. Plaintiffs shall review the procedures for collecting judgments provided in Federal Rule of Civil Procedure 69 and Florida Statutes § 56.29 and proceed accordingly. *See, e.g.*, *Morningstar Healthcare, L.L.C. v. Greystone & Co.*, No. 8:05-cv-949-T-MAP, 2008 WL

1897590, at *1 (M.D. Fla. Apr. 28, 2008) (discussing procedure for proceedings supplementary pursuant to Fla. Stat. § 56.29); *General Trading Inc. v. Yale Materials Handling Corp.,* 119 F.3d 1485, 1496 n. 22 (11th Cir. 1997); *Block v. Wing, Grill, & Beer Masters, Inc.*, No. 5:16-cv-55-Oc-30PRL, 2017 WL 11025661 (M.D. Fla. May 17, 2017) (granting motion for proceedings supplementary pursuant to Fla. Stat. § 56.29); *Melikhov v. Drab*, No. 2:19-cv-248-FTM-66-MRM, 2020 WL 7419528, at *4 (M.D. Fla. Oct. 19, 2020) (denying judgment creditors' requested relief without prejudice as "premature at this time because they have not moved to implead nonparty").

Accordingly, Plaintiffs' Motion to Pierce Corporate Veil (Dkt. 134) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida, on December 2, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party